Per Curiam.

(No. 73—CC—53

Covenant Childrens Home, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed April 16, 1973.*

Covenant Childrens Home, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.